UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CAROLYN MCKENZIE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:17-cv-00315-DBH |
| | ) |
| **R & E ASSOCIATES,** *et al.*, | ) |
| | ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1(a), the parties hereby stipulate, by and through undersigned counsel, that all claims are dismissed with prejudice and without costs.

Dated:  September 7, 2018

/s/ Laura H. White_____              /s/ Timothy D. Connolly_____
Laura H. White, Me. Bar #: 4025              Timothy D. Connolly
*Attorney for Plaintiff*                             *Attorney for Defendant Christensen*
BERGEN & PARKINSON LLC               Preti Flaherty
62 Portland Road, Suite 25                       One City Center
Kennebunk, ME 04043                            PO Box 9546
(207) 985-7000                                        (207) 791-3000
lwhite@bergenparkinson.com              tconnolly@preti.com


/s/ Peter F. Herzog_____              /s/ John S. Whitman_____
Peter F. Herzog                                         John S. Whitman
*Attorney for Defendant R&E*                  *Attorney for Defendants Chalmers and DeMario*
Bernstein Shur                                         Richardson, Whitman, Large & Badger
100 Middle Street                                     465 Congress Street
PO Box 9729                                           PO Box 9545
Portland, ME 04104-5029                      Portland, ME 04112-9545
(207) 774-1200                                        (207) 774-7474
pherzog@bernsteinshur.com               jwhitman@rwlb.com

1

## **CERTIFICATE OF SERVICE**

      I, Laura H. White, hereby certify that on this 7th day of September, 2018, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

Dated: September 7, 2018        */s/ Laura H. White*
                                                          Laura H. White
                                                          *Attorney for Plaintiff*
                                                          BERGEN & PARKINSON, LLC
                                                          62 Portland Road, Suite 25
                                                          Kennebunk, ME 04043
                                                          Phone: (207) 985-7000
                                                          *lwhite@bergenparkinson.com*